```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 18-00468-HWV
Michele Lynn Brown                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: karendavi        Page 1 of 1           Date Rcvd: Mar 14, 2018
                              Form ID: pdf010        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
db        +Michele Lynn Brown,   1565 Copenhaffer Rd,   Dover, PA 17315-1844

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5027518        E-mail/PDF: cbp@onemainfinancial.com Mar 14 2018 18:51:50      ONEMAIN,   PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
                                                                                           TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Michele Lynn Brown

Chapter: 13

Debtor   Case No.:   1:18-bk-00468-HWV

## ORDER DISMISSING CASE

IT IS ORDERED that the above-named case is hereby dismissed for debtors' failure to comply with Order dated February 27, 2018.

Dated:  March 13, 2018

By the Court,

*[signature]*

Henry W. Van Eck, Bankruptcy Judge (KB)

Order Dismissing Case - Revised 9/17