```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00468-RNO
Michele Lynn Brown                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: karendavi    Page 1 of 1    Date Rcvd: May 09, 2018
                      Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db    +Michele Lynn Brown,   1565 Copenhaffer Rd,   Dover, PA 17315-1844

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5027518    E-mail/PDF: cbp@onemainfinancial.com May 09 2018 19:21:58    ONEMAIN,   PO BOX 3251,   EVANSVILLE, IN. 47731-3251
                                                                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        Tilman Paul Larson   on behalf of Debtor 1 Michele Lynn Brown tpl@johnhyamslaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                   TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:18-bk-00468-RNO |
| | : | |
| Michele Lynn Brown | : | |
| | : | |
| | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

## ORDER

UPON consideration of the foregoing Motion to reinstate the closed Chapter 13 proceeding, after hearing held on May 9, 2018, and good reason appearing therefor, it is

HEREBY ORDERED and DECREED that the above-captioned proceeding be and hereby is reinstated, it is

FURTHER ORDERED that the Debtor shall file the creditor matrix within seven (7) days or the case will be dismissed without further notice.

Dated: May 9, 2018                By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)