```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 18-00468-RNO
Michele Lynn Brown                                                  Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1       User: karendavi           Page 1 of 1             Date Rcvd: Jun 14, 2018
                           Form ID: ntnew341         Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db             +Michele Lynn Brown,    1565 Copenhaffer Rd,    Dover, PA 17315-1844
5062405        +MARINR FINC,    8211 TOWN CENTER DR,    NOTTINGHAM, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5062406        +E-mail/PDF: cbp@onemainfinancial.com Jun 14 2018 18:53:45      ONEMAIN,    PO BOX 1010,
                 EVANSVILLE, IN 47706-1010
5027518         E-mail/PDF: cbp@onemainfinancial.com Jun 14 2018 18:53:59      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5062407        +E-mail/Text: bankruptcy@loanpacific.com Jun 14 2018 18:53:34      Pacific Union Financial, LLC,
                 Mail Stop 60130,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5062404        KML Law Group, P.C.,    BNY Mellon Independence Center,
                 701 Market Street, Suite 5000 Philadelph
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              John Matthew Hyams     on behalf of Debtor 1 Michele Lynn Brown jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Tilman Paul Larson     on behalf of Debtor 1 Michele Lynn Brown tpl@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Michele Lynn Brown,
aka Michele Lynn Seiple,

   **Debtor 1**

Chapter  13

Case No.  1:18−bk−00468−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: July 26, 2018<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Date: June 14, 2018

ntnew341 (04/18)