UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHELE LYNN BROWN | : | CHAPTER 13 |
| Aka MICHELE LYNN SEIPLE | : | CASE NO: 1:18-bk-00468-RNO |
| Debtor(s) | : | |
| CHARLES J. DEHART, III | : | |
| Chapter 13 Trustee | : | |
| Movant | : | |
| vs. | : | |
| MICHELE LYNN BROWN | : | |
| Aka MICHELE LYNN SEIPLE | : | |
| Respondent(s) | : | DOCKET NO: 39 |

## **WITHDRAWAL**

AND NOW on July 18, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the entry made for a notice of a rescheduled 341Meeting of Creditors filed on or about July 18, 2018, be withdrawn. The entry was a duplicate.

Respectfully submitted,

/s/Charles J DeHart, III

_____
CHARLES J. DEHART, III
Standing Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

# CERTIFICATE OF SERVICE

AND NOW, on 7-18-18, I, Cecilia Martin, do hereby certify that I served a copy of the above Withdrawal by first class mail, postage prepaid, unless electronically notified, to the following :

John Hyams
2023 N. 2nd St.
Harrisburg, PA 17102

Michele Lynn Brown
1565 Copenhaffer Rd.
Dover, PA   17315

/s/Cecilia Martin
Cecilia Martin, Assistant to
Charles J. DeHart, III