In re:                                                                Case No. 18-00468-RNO
Michele Lynn Brown                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 1          Date Rcvd: Jul 19, 2018
                             Form ID: ntnew341       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db              +Michele Lynn Brown,    1565 Copenhaffer Rd,    Dover, PA 17315-1844
5062405         +MARINR FINC,    8211 TOWN CENTER DR,    NOTTINGHAM, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5062406         +E-mail/PDF: cbp@onemainfinancial.com Jul 19 2018 18:59:05     ONEMAIN,    PO BOX 1010,
                 EVANSVILLE, IN 47706-1010
5027518          E-mail/PDF: cbp@onemainfinancial.com Jul 19 2018 18:59:06     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5062407         +E-mail/Text: bankruptcy@loanpacific.com Jul 19 2018 18:54:33      Pacific Union Financial, LLC,
                 Mail Stop 60130,    1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
                                                                                        TOTAL: 3

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5062404          KML Law Group, P.C.,    BNY Mellon Independence Center,
                 701 Market Street, Suite 5000 Philadelph
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 1 Michele Lynn Brown jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          Tilman Paul Larson    on behalf of Debtor 1 Michele Lynn Brown tpl@johnhyamslaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michele Lynn Brown,
aka Michele Lynn Seiple,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−00468−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 23, 2018<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 19, 2018 |

ntnew341 (04/18)