| VALLEN | Vallen Distribution, Inc.<br>2100 Oaks Pkwy.<br>Belmont, NC 28012 | CHECK NO: A63814<br>PAGE NUMBER: 1 of 1<br>CHECK DATE: 12/8/2017<br>PERIOD BEG/END: 11/20/2017 - 12/03/2017<br>PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| BROWN, MICHELE<br>1565 COPENHAFFER RD<br>DOVER, PA 17315 | ID NUMBER: 0011113700<br>BASE RATE: 20.8200 | STATUS EXEMPT<br>FED: SINGLE  0<br>ST1:          0<br>ST2: | TAX ADJUSTMENTS:<br>FED:    ST1:<br>DI/UC:<br>LOCAL:  ST2: | STATE AND LOCAL CODES<br>PRI: PA LOC1: CV LOC3: ML<br>SEC:    LOC2:    LOC4:<br>                 LOC5: |
|---|---|---|---|---|

**IMPORTANT MESSAGE**

IF YOU RECEIVE A PHYSICAL CHECK, DO NOT CASH UNTIL THE DATE OF THE CHECK. SHOULD YOU CASH OR DEPOSIT PRIOR TO CHECK DATE, VALLEN WILL NOT BE RESPONSIBLE FOR ANY CHARGES. PLEASE VERIFY ACCURACY OF YOUR CHECK ON SELF-SERVICE.

| HOURS AND EARNINGS ||||| TAXES AND DEDUCTIONS ||| SPECIAL INFORMATION ||
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS || DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | AMOUNT |
| **CURRENT EARNINGS** |||||||||||
| REGULAR | 20.8200 | 65.33 | 1,360.17 || SO SEC TAX | 103.60 | 2,734.05 | VAC BALANCE | 13.50 |
| FLOATING HOLI | 20.8200 | 16.00 | 333.12 || MEDICARE TAX | 24.22 | 639.41 | VAC TAKEN | 106.50 |
| HOLIDAY | 20.8200 | 16.00 | 333.12 || FED INC TAX | 218.18 | 6,115.03 | SIC BALANCE | 0.00 |
| VACATION | 20.8200 | 3.50 | 72.87 || PRI-STATE TAX | 51.30 | 1,353.78 | SIC TAKEN | 56.00 |
| SICK | 20.8200 | -19.50 | -405.99 || PRI-LOCAL TAX | 25.06 | 660.00 | | |
| OVERTIME | 31.2300 | 3.62 | 113.05 || SUP-LOCAL TAX | 2.00 | 50.00 | | |
| GIFTX | | .00 | -10.32 || SDI/UC TAX | 1.26 | 33.06 | | |
| TOTAL HOURS WORKED | | 84.95 | || TOTAL TAXES | 425.62 | 11,585.33 | | |
| TOTAL CURRENT HOURS/EARNINGS | | 84.95 | 1,796.02 ||||||  |
| **YEAR-TO-DATE EARNINGS** |||||||||||
| REGULAR | | 1,772.78 | 36,634.32 ||||||  |
| CSR COMMISSIO | | | 2,047.33 ||||||  |
| FLOATING HOLI | | 16.00 | 333.12 ||||||  |
| INCLEMENT WEA | | 8.00 | 161.68 ||||||  |
| HOLIDAY | | 64.00 | 1,317.84 ||||||  |
| VACATION | | 106.50 | 2,188.66 ||||||  |
| SICK | | 56.00 | 1,147.01 ||||||  |
| OVERTIME | | 84.20 | 2,629.56 ||||||  |
| INCENTIVE | | | 573.00 ||||||  |
| GIFTX | | | 192.00 ||||||  |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,107.48 | 47,224.52 ||||||  |

| PRE-TAX ITEMS ||| AFTER-TAX DEDUCTIONS ||| CURRENT NET PAY DISTRIBUTION ||
|---|---|---|---|---|---|---|---|
| DESCRIPTION | CUR AMT | YTD AMT | 401K REPAY1 | 12.91 | 322.75 | XXXXXXXXXXXX9000 | 100.00 |
| MEDICAL FSA | -30.77 | -769.25 | SUP LIFE CH | .57 | 14.25 | XXXXXXXXXXXX0934 | 1,076.21 |
| PRETAX DENTAL | -17.73 | -443.25 | SUP LIFE E+S | 3.25 | 81.25 | CHECK AMOUNT | .00 |
| PRETAX MED | -68.38 | -1,709.50 | SUP LIFE EMPL | 6.51 | 162.75 | TOTAL CURRENT NET PAY | 1,176.21 |
| PRETAX VISION | -8.20 | -205.00 | UWAY | 2.00 | 50.00 | | |
| 401K | -54.19 | -1,410.95 | GIFTX | -10.32 | 192.00 | | |
| TOTAL PRE-TAX ITEMS | -179.27 | -4,537.95 | TOTAL DEDS | 14.92 | 823.00 | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,796.02 | -179.27 | 1,616.75 | 425.62 | 14.92 | 1,176.21 |
| Y-T-D | 47,224.52 | -4,537.95 | 42,686.57 | 11,585.33 | 823.00 | 30,278.24 |

© 2018 Ceridian Corporation. All rights reserved.

| VALLEN | Vallen Distribution, Inc.<br>2100 Oaks Pkwy.<br>Belmont, NC 28012 | CHECK NO: A64944<br>PAGE NUMBER: 1 of 1<br>CHECK DATE: 12/22/2017<br>PERIOD BEG/END: 12/04/2017 - 12/17/2017<br>PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| BROWN, MICHELE<br>1565 COPENHAFFER RD<br>DOVER, PA 17315 | ID NUMBER: 0011113700<br>BASE RATE: 20.8200 | STATUS EXEMPT<br>FED: SINGLE  0<br>ST1: 0<br>ST2: | TAX ADJUSTMENTS:<br>FED:   ST1:<br>DI/UC:<br>LOCAL:  ST2: | STATE AND LOCAL CODES<br>PRI: PA LOC1: CV LOC3: ML<br>SEC:  LOC2:  LOC4:<br>LOC5: |
|---|---|---|---|---|

**IMPORTANT MESSAGE**

IF YOU RECEIVE A PHYSICAL CHECK, DO NOT CASH UNTIL THE DATE OF THE CHECK. SHOULD YOU CASH OR DEPOSIT PRIOR TO CHECK DATE, VALLEN WILL NOT BE RESPONSIBLE FOR ANY CHARGES. PLEASE VERIFY ACCURACY OF YOUR CHECK ON SELF-SERVICE.

| HOURS AND EARNINGS ||||  TAXES AND DEDUCTIONS ||| SPECIAL INFORMATION ||
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | AMOUNT |
| **CURRENT EARNINGS** | | | | | | | | |
| REGULAR | 20.8200 | 80.00 | 1,665.60 | SO SEC TAX | 109.46 | 2,843.51 | W2GRP | 11.96 |
| OVERTIME | 31.2300 | 6.82 | 212.99 | MEDICARE TAX | 25.60 | 665.01 | VAC BALANCE | 13.50 |
| TOTAL HOURS WORKED | | 86.82 | | FED INC TAX | 238.19 | 6,353.22 | VAC TAKEN | 106.50 |
| TOTAL CURRENT HOURS/EARNINGS | | 86.82 | 1,878.59 | PRI-STATE TAX | 53.83 | 1,407.61 | SIC BALANCE | 0.00 |
| | | | | | | | SIC TAKEN | 56.00 |
| **YEAR-TO-DATE EARNINGS** | | | | PRI-LOCAL TAX | 26.48 | 686.48 | | |
| REGULAR | | 1,852.78 | 38,299.92 | SUP-LOCAL TAX | 2.00 | 52.00 | | |
| CSR COMMISSIO | | | 2,047.33 | SDI/UC TAX | 1.32 | 34.38 | | |
| FLOATING HOLI | | 16.00 | 333.12 | TOTAL TAXES | 456.88 | 12,042.21 | | |
| INCLEMENT WEA | | 8.00 | 161.68 | | | | | |
| HOLIDAY | | 64.00 | 1,317.84 | | | | | |
| VACATION | | 106.50 | 2,188.66 | | | | | |
| SICK | | 56.00 | 1,147.01 | | | | | |
| OVERTIME | | 91.02 | 2,842.55 | | | | | |
| INCENTIVE | | | 573.00 | | | | | |
| GIFTX | | | 192.00 | | | | | |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2,194.30 | 49,103.11 | | | | | |

| PRE-TAX ITEMS ||| AFTER-TAX DEDUCTIONS ||| CURRENT NET PAY DISTRIBUTION ||
|---|---|---|---|---|---|---|---|
| DESCRIPTION | CUR AMT | YTD AMT | | CUR AMT | YTD AMT | | |
| MEDICAL FSA | -30.75 | -800.00 | 401K REPAY1 | 12.91 | 335.66 | XXXXXXXXXXXXX9000 | 100.00 |
| PRETAX DENTAL | -17.73 | -460.98 | SUP LIFE CH | .57 | 14.82 | XXXXXXXXXXXXX0934 | 1,114.69 |
| PRETAX MED | -68.38 | -1,777.88 | SUP LIFE E+S | 3.25 | 84.50 | CHECK AMOUNT | .00 |
| PRETAX VISION | -8.20 | -213.20 | SUP LIFE EMPL | 6.51 | 169.26 | TOTAL CURRENT NET PAY | 1,214.69 |
| 401K | -56.72 | -1,467.67 | UWAY | 2.00 | 52.00 | | |
| TOTAL PRE-TAX ITEMS | -181.78 | -4,719.73 | GIFTX | .00 | 192.00 | | |
| | | | TOTAL DEDS | 25.24 | 848.24 | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,878.59 | -181.78 | 1,696.81 | 456.88 | 25.24 | 1,214.69 |
| Y-T-D | 49,103.11 | -4,719.73 | 44,383.38 | 12,042.21 | 848.24 | 31,492.93 |

© 2018 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut...   3/7/2018
Case 1:18-bk-00468-RNO   Doc 45   Filed 08/02/18   Entered 08/02/18 14:19:18   Desc
Main Document   Page 2 of 5

# Pay Stub

**Vallen Distribution, Inc.**
2100 Oaks Pkwy.
Belmont, NC 28012

| | |
|---|---|
| CHECK NO: | A66222 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 1/5/2018 |
| PERIOD BEG/END: | 12/18/2017 - 12/31/2017 |
| PAY FREQUENCY: | BI-WEEKLY |

BROWN, MICHELE
1565 COPENHAFFER RD
DOVER, PA 17315
ID NUMBER: 0011113700
BASE RATE: 20.8200

**STATUS EXEMPT**
FED: SINGLE 0
ST1: 0
ST2:

**TAX ADJUSTMENTS:**
FED: ST1:
DI / UC:
LOCAL: ST2:

**STATE AND LOCAL CODES**
PRI: PA LOC1: CV LOC3: ML
SEC: LOC2: LOC4:
LOC5:

## IMPORTANT MESSAGE

IF YOU RECEIVE A PHYSICAL CHECK, DO NOT CASH UNTIL THE DATE OF THE CHECK. SHOULD YOU CASH OR DEPOSIT PRIOR TO CHECK DATE, VALLEN WILL NOT BE RESPONSIBLE FOR ANY CHARGES. PLEASE VERIFY ACCURACY OF YOUR CHECK ON SELF-SERVICE.

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 20.8200 | 64.88 | 1,350.80 |
| HOLIDAY | 20.8200 | 16.00 | 333.12 |
| OVERTIME | 31.2300 | 2.25 | 70.27 |
| TOTAL HOURS WORKED | | 67.13 | |
| TOTAL CURRENT HOURS/EARNINGS | | 83.13 | 1,754.19 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 64.88 | 1,350.80 |
| HOLIDAY | | 16.00 | 333.12 |
| OVERTIME | | 2.25 | 70.27 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 83.13 | 1,754.19 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 100.80 | 100.80 |
| MEDICARE TAX | 23.57 | 23.57 |
| FED INC TAX | 207.27 | 207.27 |
| PRI-STATE TAX | 49.91 | 49.91 |
| PRI-LOCAL TAX | 24.39 | 24.39 |
| SUP-LOCAL TAX | 2.00 | 2.00 |
| SDI/UC TAX | 1.23 | 1.23 |
| TOTAL TAXES | 409.17 | 409.17 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| VAC BALANCE | 120.00 |
| VAC TAKEN | 0.00 |
| SIC BALANCE | 56.00 |
| SIC TAKEN | 0.00 |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| MEDICAL FSA | -30.77 | -30.77 |
| PRETAX DENTAL | -17.73 | -17.73 |
| PRETAX MED | -71.73 | -71.73 |
| PRETAX VISION | -8.20 | -8.20 |
| 401K | -52.63 | -52.63 |
| TOTAL PRE-TAX ITEMS | -181.06 | -181.06 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K REPAY1 | 12.91 | 12.91 |
| SUP LIFE CH | .57 | .57 |
| SUP LIFE E+S | 3.25 | 3.25 |
| SUP LIFE EMPL | 6.51 | 6.51 |
| UWAY | 2.00 | 2.00 |
| TOTAL DEDS | 25.24 | 25.24 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXX9000 | 100.00 |
| XXXXXXXXXXXX0934 | 1,038.72 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 1,138.72 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,754.19 | -181.06 | 1,573.13 | 409.17 | 25.24 | 1,138.72 |
| Y-T-D | 1,754.19 | -181.06 | 1,573.13 | 409.17 | 25.24 | 1,138.72 |

© 2018 Ceridian Corporation. All rights reserved.

| VALLEN | Vallen Distribution, Inc.<br>2100 Oaks Pkwy.<br>Belmont, NC 28012 | CHECK NO: A67335<br>PAGE NUMBER: 1 of 1<br>CHECK DATE: 1/19/2018<br>PERIOD BEG/END: 01/01/2018 - 01/14/2018<br>PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| BROWN,MICHELE<br>1565 COPENHAFFER RD<br>DOVER, PA 17315 | ID NUMBER: 0011113700<br>BASE RATE: 20.8200 | STATUS EXEMPT<br>FED: SINGLE 0<br>ST1: 0<br>ST2: | TAX ADJUSTMENTS:<br>FED: ST1:<br>DI / UC:<br>LOCAL: ST2: | STATE AND LOCAL CODES<br>PRI: PA LOC1: CV LOC3: ML<br>SEC: LOC2: LOC4:<br>LOC5: |
|---|---|---|---|---|

### IMPORTANT MESSAGE

IF YOU RECEIVE A PHYSICAL CHECK, DO NOT CASH UNTIL THE DATE OF THE CHECK. SHOULD YOU CASH OR DEPOSIT PRIOR TO CHECK DATE, VALLEN WILL NOT BE RESPONSIBLE FOR ANY CHARGES. PLEASE VERIFY ACCURACY OF YOUR CHECK ON SELF-SERVICE.

| HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | AMOUNT |
| CURRENT EARNINGS | | | | | | | | |
| REGULAR | 20.8200 | 71.43 | 1,487.17 | SO SEC TAX | 101.02 | 201.82 | VAC BALANCE | 117.00 |
| HOLIDAY | 20.8200 | 8.00 | 166.56 | MEDICARE TAX | 23.63 | 47.20 | VAC TAKEN | 3.00 |
| VACATION | 20.8200 | 3.00 | 62.46 | | | | SIC BALANCE | 54.00 |
| SICK | 20.8200 | 2.00 | 41.64 | FED INC TAX | 208.16 | 415.43 | SIC TAKEN | 2.00 |
| TOTAL HOURS WORKED | | 71.43 | | PRI-STATE TAX | 50.02 | 99.93 | | |
| TOTAL CURRENT HOURS/EARNINGS | | 84.43 | 1,757.83 | PRI-LOCAL TAX | 24.44 | 48.83 | | |
| YEAR-TO-DATE EARNINGS | | | | SUP-LOCAL TAX | 2.00 | 4.00 | | |
| REGULAR | | 136.31 | 2,837.97 | SDI/UC TAX | 1.23 | 2.46 | | |
| HOLIDAY | | 24.00 | 499.68 | TOTAL TAXES | 410.50 | 819.67 | | |
| VACATION | | 3.00 | 62.46 | | | | | |
| SICK | | 2.00 | 41.64 | | | | | |
| OVERTIME | | 2.25 | 70.27 | | | | | |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 167.56 | 3,512.02 | | | | | |

| PRE-TAX ITEMS | | | AFTER-TAX DEDUCTIONS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | CUR AMT | YTD AMT | | CUR | YTD | | |
| | | | 401K | 12.91 | 25.82 | XXXXXXXXXXXX9000 | 100.00 |
| MEDICAL FSA | -30.77 | -61.54 | REPAY1 | | | XXXXXXXXXXXX0934 | 1,040.93 |
| PRETAX DENTAL | -17.73 | -35.46 | SUP LIFE CH | .57 | 1.14 | CHECK AMOUNT | .00 |
| PRETAX MED | -71.73 | -143.46 | SUP LIFE E+S | 3.25 | 6.50 | TOTAL CURRENT NET PAY | 1,140.93 |
| PRETAX VISION | -8.20 | -16.40 | | | | | |
| 401K | -52.73 | -105.36 | SUP LIFE EMPL | 6.51 | 13.02 | | |
| TOTAL PRE-TAX ITEMS | -181.16 | -362.22 | UWAY | 2.00 | 4.00 | | |
| | | | TOTAL DEDS | 25.24 | 50.48 | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,757.83 | -181.16 | 1,576.67 | 410.50 | 25.24 | 1,140.93 |
| Y-T-D | 3,512.02 | -362.22 | 3,149.80 | 819.67 | 50.48 | 2,279.65 |

© 2018 Ceridian Corporation. All rights reserved.

**VALLEN**

Vallen Distribution, Inc.
2100 Oaks Pkwy.
Belmont, NC 28012

CHECK NO: A68497
PAGE NUMBER: 1 of 1
CHECK DATE: 2/2/2018
PERIOD BEG/END: 01/15/2018 - 01/28/2018
PAY FREQUENCY: BI-WEEKLY

BROWN, MICHELE
1565 COPENHAFFER RD
DOVER, PA 17315
ID NUMBER: 0011113700
BASE RATE: 20.8200

STATUS EXEMPT
FED: SINGLE 0
ST1: 0
ST2:

TAX ADJUSTMENTS:
FED: ST1:
DI/UC:
LOCAL: ST2:

STATE AND LOCAL CODES
PRI: PA LOC1: CV LOC3: ML
SEC: LOC2: LOC4:
LOC5:

**IMPORTANT MESSAGE**
IF YOU RECEIVE A PHYSICAL CHECK, DO NOT CASH UNTIL THE DATE OF THE CHECK. SHOULD YOU CASH OR DEPOSIT PRIOR TO CHECK DATE, VALLEN WILL NOT BE RESPONSIBLE FOR ANY CHARGES. PLEASE VERIFY ACCURACY OF YOUR CHECK ON SELF-SERVICE.

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 20.8200 | 74.42 | 1,549.43 |
| SICK | 20.8200 | 8.00 | 166.56 |
| OVERTIME | 31.2300 | 3.28 | 102.43 |
| TOTAL HOURS WORKED | | 77.70 | |
| TOTAL CURRENT HOURS/EARNINGS | | 85.70 | 1,818.42 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 210.73 | 4,387.40 |
| HOLIDAY | | 24.00 | 499.68 |
| VACATION | | 3.00 | 62.46 |
| SICK | | 10.00 | 208.20 |
| OVERTIME | | 5.53 | 172.70 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 253.26 | 5,330.44 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 104.78 | 306.60 |
| MEDICARE TAX | 24.50 | 71.70 |
| FED INC TAX | 222.85 | 638.28 |
| PRI-STATE TAX | 51.88 | 151.81 |
| PRI-LOCAL TAX | 25.35 | 74.18 |
| SUP-LOCAL TAX | 2.00 | 6.00 |
| SDI/UC TAX | 1.27 | 3.73 |
| TOTAL TAXES | 432.63 | 1,252.30 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| VAC BALANCE | 117.00 |
| VAC TAKEN | 3.00 |
| SIC BALANCE | 46.00 |
| SIC TAKEN | 10.00 |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| MEDICAL FSA | -30.77 | -92.31 |
| PRETAX DENTAL | -17.73 | -53.19 |
| PRETAX MED | -71.73 | -215.19 |
| PRETAX VISION | -8.20 | -24.60 |
| 401K | -54.55 | -159.91 |
| TOTAL PRE-TAX ITEMS | -182.98 | -545.20 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K REPAY1 | 12.91 | 38.73 |
| SUP LIFE CH | .57 | 1.71 |
| SUP LIFE E+S | 3.25 | 9.75 |
| SUP LIFE EMPL | 6.51 | 19.53 |
| UWAY | 2.00 | 6.00 |
| TOTAL DEDS | 25.24 | 75.72 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX9000 | 100.00 |
| XXXXXXXXXXXXX0934 | 1,077.57 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 1,177.57 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,818.42 | -182.98 | 1,635.44 | 432.63 | 25.24 | 1,177.57 |
| Y-T-D | 5,330.44 | -545.20 | 4,785.24 | 1,252.30 | 75.72 | 3,457.22 |

© 2018 Ceridian Corporation. All rights reserved.