```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-00468-RNO
Michele Lynn Brown                                                  Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis               Page 1 of 1               Date Rcvd: Aug 28, 2018
                              Form ID: ntcnfhrg           Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
```
db             +Michele Lynn Brown,    1565 Copenhaffer Rd,    Dover, PA 17315-1844
5062405        +MARINR FINC,    8211 TOWN CENTER DR,    NOTTINGHAM, MD 21236-5904
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5062406        +E-mail/PDF: cbp@onemainfinancial.com Aug 28 2018 19:10:41      ONEMAIN,   PO BOX 1010,
                 EVANSVILLE, IN 47706-1010
5027518         E-mail/PDF: cbp@onemainfinancial.com Aug 28 2018 19:10:24      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5062407        +E-mail/Text: bankruptcy@loanpacific.com Aug 28 2018 19:09:30      Pacific Union Financial, LLC,
                 Mail Stop 60130,    1603 LBJ Freeway, Suite 500,   Farmers Branch, TX 75234-6071
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5062404         KML Law Group, P.C.,    BNY Mellon Independence Center,
                 701 Market Street, Suite 5000 Philadelph
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              John Matthew Hyams   on behalf of Debtor 1 Michele Lynn Brown jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Tilman Paul Larson   on behalf of Debtor 1 Michele Lynn Brown tpl@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michele Lynn Brown,
aka Michele Lynn Seiple,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−00468−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 26, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 3, 2018<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 28, 2018 |

ntcnfhrg (03/18)