UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELE LYNN BROWN : CHAPTER 13
    Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
 :
    vs. :
 :
MICHELE LYNN BROWN :
    Respondent(s) : CASE NO.   1-18-bk-00468

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this   23rd   day of August, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid.
   b. Plan ambiguous -

      (1) Payment
      (2) 1(A)

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                                  Respectfully submitted:

                                  /s/Charles J. DeHart, III
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 4th day of September, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee