UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: MICHELE L BROWN | CASE NO: 18-00468 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/19/2018, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/19/2018

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELE L BROWN

CASE NO: 18-00468

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 9/19/2018, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ~~EXCLUDE~~ | CHARLES J DEHART III TRUSTEE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | ~~MICHELE LYNN BROWN~~ | 8125 ADAMS DRIVE SUITE A |
| 03141 | ~~1565 COPENHAFFER RD~~ | HUMMELSTOWN PA 17036-8625 |
| CASE 1-18-BK-00468-RNO | ~~DOVER PA 17315-1844~~ | |
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| HARRISBURG | | |
| WED SEP 19 12-47-23 EDT 2018 | | |

| ~~EXCLUDE~~ | TILMAN PAUL LARSON | MARINR FINC |
|---|---|---|
| ~~JOHN M HYAMS~~ | LAW OFFICES OF JOHN M HYAMS | 8211 TOWN CENTER DR |
| ~~LAW OFFICES OF JOHN M HYAMS~~ | 555 GETTYSBURG PIKE | NOTTINGHAM MD 21236-5904 |
| ~~2023 N 2ND ST~~ | SUITE C402 | |
| ~~HARRISBURG PA 17102-2151~~ | MECHANICSBURG PA 17055-5207 | |

| ONEMAIN | ONEMAIN | PACIFIC UNION FINANCIAL LLC |
|---|---|---|
| PO BOX 1010 | PO BOX 3251 | MAIL STOP 60130 |
| EVANSVILLE IN 47706-1010 | EVANSVILLE IN 47731-3251 | 1603 LBJ FREEWAY SUITE 500 |
| | | FARMERS BRANCH TX 75234-6071 |

| ~~EXCLUDE~~ | JAMES WARMBRODT |
|---|---|
| ~~UNITED STATES TRUSTEE~~ | 701 MARKET STREET SUITE 5000 |
| ~~220 WALNUT STREET SUITE 1190~~ | PHILADEPHIA PA 19106-1541 |
| ~~HARRISBURG PA 17101-1722~~ | |