```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-00468-HWV
Michele Lynn Brown                                                  Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1         User: KADavis            Page 1 of 1                  Date Rcvd: Mar 08, 2019
                             Form ID: ordsmiss        Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db             +Michele Lynn Brown,    1565 Copenhaffer Rd,    Dover, PA 17315-1844
5062405        +MARINR FINC,   8211 TOWN CENTER DR,    NOTTINGHAM, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5062406        +EDI: AGFINANCE.COM Mar 09 2019 00:18:00      ONEMAIN,    PO BOX 1010,    EVANSVILLE, IN 47706-1010
5027518         EDI: AGFINANCE.COM Mar 09 2019 00:18:00      ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
5062407        +E-mail/Text: bankruptcy@loanpacific.com Mar 08 2019 19:18:58      Pacific Union Financial, LLC,
                Mail Stop 60130,   1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5062404         KML Law Group, P.C.,    BNY Mellon Independence Center,
                701 Market Street, Suite 5000 Philadelph
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Michele Lynn Brown jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Tilman Paul Larson    on behalf of Debtor 1 Michele Lynn Brown tpl@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michele Lynn Brown, aka Michele Lynn Seiple, | Chapter 13 |
| **Debtor 1** | Case No. 1:18–bk–00468–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: March 8, 2019

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)